Argued and submitted April 2, dismissed May 2, 1984

# UNITED BROKERS, INC.,
*Petitioner,*

*v.*

# DEPARTMENT OF AGRICULTURE,
*Respondent.*

(CA A29682)

680 P2d 702

Robert G. Hawkins, Gresham, argued the cause and filed the brief for petitioner.

William F. Nessly, Jr., Assistant Attorney General, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

Because ORS 183.410 gives this court jurisdiction to review only binding declaratory rulings of agencies, we may not review respondent's denial of petitioner's request for a declaratory ruling. *Fadeley v. Oregon Ethics Comm.,* 25 Or App 867, 870, 551 P2d 496 (1976).

Appeal dismissed.